# United States District Court
## NORTHERN DISTRICT OF TEXAS
### DALLAS DIVISION

| | | |
|---|---|---|
| ARIANA GEORGE and RODNEY BOONE, Individually and as Representative of the Estate of AMARI BOONE, Deceased. | § § § § § | |
| v. | § § | |
| ACH CHILD AND FAMILY SERVICES, SHELIA ROBERSON, CHAISITY FRIDA-CARO, JALAH LAWRENCE, GOVERNOR GREG ABBOTT, IN HIS CAPACITY OVER THE TEXAS DEPARTMENT OF FAMILY AND PROTECTIVE SERVICES, AND COVENANT KIDS INC. D/B/A CK FAMILY SERVICES | § § § § § § § § § § | CIVIL ACTION NO. 3:22-CV-1124-S |

### DEFENDANT, SHEILA ROBERSON'S UNOPPOSED MOTION FOR LEAVE TO PROCEED WITHOUT LOCAL COUNSEL

Pursuant to Local Rule 83.10(a), of the Local Rules of the Northern District of Texas, Movant, Newton, Jones & McNeely, H. Dwayne Newton ("Movant"), counsel for Defendant, Sheila Roberson, respectfully requests leave of Court to participate in this matter without local counsel. The undersigned has conferred with counsel for the other parties, who are not opposed to the relief sought herein. The undersigned, H. Dwayne Newton is admitted to practice in the Northern District of Texas.

Movant's offices are in Houston, Texas and Mr. Newton can readily appear at any hearing or setting in this Courter whether in Dallas or conducted via teleconferencing. Movant has read and is familiar with the Local Rules of the Northern District of Texas.

For the foregoing reasons, Movant respectfully requests that the Court grant this Motion and allow Movant to appear before this Court without local counsel.

Respectfully submitted,

By:_____
   H. Dwayne Newton
   Attorney in Charge
   State Bar No. 14977200
   Federal ID No. 7298
   Foster K. Baird
   State Bar No. 24115144
   3405 Marquart
   Houston, Texas  77027
   (713) 493-7620 - Telephone
   (713) 493-7633 – Facsimile
   dnewton@newton-lawyers.com
   fkbaird@newton-lawyers.com

**OF COUNSEL**
**NEWTON, JONES & MCNEELY**

**ATTORNEYS FOR DEFENDANT**
**SHEILA ROBERSON**

## CERTIFICATE OF CONFERENCE

The undersigned certifies that he has conferred with all counsel of record in connection with the above and forgoing Motion to Proceed without Local Counsel and there is no opposition to such Motion.

By:_____
   H. Dwayne Newton

## CERTIFICATE OF SERVICE

The undersigned certifies that on this the 22nd day of September 2022, the foregoing document was served via electronic service and if unavailable in accordance with the Federal Rules of Civil Procedure on the following counsel of record:

| **Attorneys for Plaintiffs** | **Attorneys for Defendants, ACH Child and Family Services and Jalah Lawrence** |
|---|---|
| Russell Button<br>Ashley Washington<br>The Button Law Firm<br>4315 W. Lovers Lane, Suite A<br>Dallas, Texas 75209<br><br>Heather Long<br>Heather Long Law P.C.<br>4310 N. Central Expressway<br>Dallas, Texas 75206 | Jack M. Luckett<br>Mayer LLP<br>750 N. St. Paul Street, Suite 700<br>Dallas, Texas 75201 |
| **Attorneys for Chaisity Frida-Caro** | **Attorneys for Governor Greg Abbott, in his official capacity over the Texas Department of Family and Protective Services** |
| J. Spencer Young<br>Quintairos, Prieto, Wood & Boyer, P.A.<br>1700 Pacific Avenue, Suite 4545<br>Dallas, Texas 75201 | Leif Olson<br>P.O. Box 12548, Capitol Station<br>Austin, Texas 78711-2548 |

By:_____
       H. Dwayne Newton