# United States District Court
## NORTHERN DISTRICT OF TEXAS
### DALLAS DIVISION

| | | |
|---|---|---|
| ARIANA GEORGE and RODNEY BOONE, Individually and as Representative of the Estate of AMARI BOONE, Deceased. | § § § § § | |
| v. | § § | CIVIL ACTION NO. 3:22-CV-1124-S |
| ACH CHILD AND FAMILY SERVICES, et al. | § § | |

**ORDER GRANTING DEFENDANT, SHEILA ROBERSON'S UNOPPOSED MOTION FOR LEAVE TO PROCEED WITHOUT LOCAL COUNSEL**

On this day, came on to be considered, Defendant, Sheila Roberson's Unopposed Motion for Leave to Proceed without Local Counsel. The Court after consideration of such Motion is of the opinion that such Motion should be granted. It is therefore,

ORDERED, ADJUDGED and DECREED that Defendant, Sheila Roberson's Unopposed Motion for Leave to Proceed without Local Counsel is GRANTED. It is further,

ORDERED, ADJUDGED and DECREED that pursuant to Local Rule 83.10(a) H. Dwayne Newton of Newton, Jones & McNeely is GRANTED LEAVE to appear as lead counsel for Defendant, Sheila Roberson without associating local counsel.

Signed on this the ____ day of _____, 2022

_____
HONORABLE KAREN GREN SCHOLER
UNITED STATES DISTRICT JUDGE
NORTHERN DISTRICT OF TEXAS

2