IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| ARIANA GEORGE and RODNEY BOONE, Individually and as Representatives of the Estate of A.B., DECEASED, <br> *Plaintiffs,* <br><br> vs. <br><br> ACH CHILD and FAMILY SERVICES, et al. <br> *Defendants.* | § § § § § § § § § § § § | Civil Action No. 3:22-cv-1124 |

**DEFENDANT'S UNOPPOSED MOTION TO EXTEND TIME
TO FILE A RESPONSIVE PLEADING**

Defendant Greg Abbott, submits this motion to request that his deadline to file an answer or other responsive pleading under Fed. R. Civ. P. 12, which is currently due on October 25, 2022, be extended to November 8, 2022. Defendant requests this extension as Defendant's counsel was only assigned to this case last week and is in the process of getting information from necessary parties, gathering documents, and familiarizing himself with the case.

This is Defendant's first request for such an extension. Plaintiff's counsel was unopposed to this request.

We thank the Court for its time and attention to this matter.

Respectfully submitted.

KEN PAXTON
Attorney General of Texas

BRENT WEBSTER
First Assistant Attorney General

>GRANT DORFMAN
>Deputy First Assistant Attorney General
>
>SHAWN COWLES
>Deputy Attorney General for Civil Litigation
>
>CHRISTOPHER D. HILTON
>Chief for General Litigation Division
>
>*/s/Johnathan Stone*
>JOHNATHAN STONE
>Assistant Attorney General
>Texas State Bar No. 24071779
>Johnathan.Stone@oag.texas.gov
>
>LEIF A. OLSON
>Special Counsel
>Texas Bar No. 24032801
>Leif.Olson@oag.texas.gov
>
>BENJAMIN S. LYLES
>Assistant Attorney General
>Texas Bar No. 24094808
>Benjamin.Lyles@oag.texas.gov
>
>Office of the Attorney General
>General Litigation Division
>P.O. Box 12548, Capitol Station
>Austin, Texas 78711-2548
>(512) 475-4196 | FAX: (512) 320-0667
>
>***ATTORNEYS FOR DEFENDANT ABBOTT***

## CERTIFICATE OF SERVICE

I certify that that on October 25, 2022, this document was filed electronically via the Court's CM/ECF system, causing electronic service upon all counsel of record.

>*/s/Johnathan Stone*
>JOHNATHAN STONE
>Assistant Attorney General

## CERTIFICATE OF CONFERENCE

      I hereby certify that on October 24, 2022, I emailed counsel for the Plaintiff, Ashley D. Washington, to ask if she opposed the relief requested in this motion. Counsel stated that she is not opposed to this motion or the relief requested herein.

                                        */s/Johnathan Stone*
                                        JOHNATHAN STONE
                                        Assistant Attorney General