# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF TEXAS
# DALLAS DIVISION

| | | |
|---|---|---|
| ARIANA GEORGE and RODNEY BOONE, Individually and as Representatives of the Estate of A.B., DECEASED,<br>*Plaintiffs*,<br><br>vs.<br><br>ACH CHILD and FAMILY SERVICES, et al.<br>*Defendants*. | § § § § § § § § § § § § | Civil Action No. 3:22-cv-1124 |

## ORDER GRANTING DEFENDANT'S UNOPPOSED MOTION
## TO EXTEND TIME TO FILE A RESPONSIVE PLEADING

On this day the Court considered Defendant's Unopposed Motion to Extend Time to File a Responsive Pleading. The Court GRANTS Defendant's Motion and extends Defendant's deadline to file an answer or other responsive pleading under Fed. R. Civ. P. 12 to Plaintiff's Amended complaint to November 8, 2022.

SIGNED on _____, 2022.

                                                            KAREN GREEN SCHOLER
                                                            UNITED STATES DISTRICT JUDGE