IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| ARIANA GEORGE and RODNEY BOONE, Individually and as Representative of the Estate of AMARI BOONE, Deceased, § § § § § § § *Plaintiffs,* § § vs. § § ACH CHILD and FAMILY SERVICES, § et al. § § § *Defendants.* § | CIVIL ACTION NO. 3-22-cv-1124-S |

## DEFENDANT'S UNOPPOSED MOTION TO EXTEND TIME
## TO FILE A RESPONSIVE PLEADING

Defendant Chaisity Frida-Caro submits this motion to request that her deadline to file an answer or other responsive pleading under Fed. R. Civ. P. 12, which is currently due on October 25, 2022, be extended to November 8, 2022. Defendant requests this extension as Defendant's counsel was in a lengthy trial which just concluded and counsel assisting left the firm.

This is Defendant's first request for such an extension. Plaintiff's counsel was unopposed to this request.

We thank the Court for its time and attention to this matter.

Respectfully submitted,

**QUINTAIROS, PRIETO, WOOD & BOYER, P.A.**

By: */s/ Frank Alvarez*
    **FRANK ALVAREZ**
    State Bar No. 00796122
    frank.alvarez@qpwblaw.com

1700 Pacific Avenue, Suite 4545
Dallas, Texas 75201
Telephone: (214) 754-8755
Facsimile: (214) 754-8744

**ATTORNEYS FOR DEFENDANT
CHAISITY FRIDA-CARO**

## CERTIFICATE OF SERVICE

I certify that on October 25, 2022, this document was filed electronically via the Court's CM/ECF system, causing electronic service upon all counsel of record.

*/s/ Frank Alvarez*
**FRANK ALVAREZ**

## CERTIFICATE OF CONFERENCE

I hereby certify that on October 25, 2022, I emailed counsel for the Plaintiff, Ashley D. Washington, to ask if she opposed the relief requested in this motion. Counsel stated that she is not opposed to this motion or the relief requested herein.

*/s/ Frank Alvarez*
**FRANK ALVAREZ**