IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| ARIANA GEORGE and RODNEY BOONE, Individually and as Representative of the Estate of AMARI BOONE, Deceased, | § § § § § | |
| *Plaintiffs,* | § § | |
| vs. | § § | CIVIL ACTION NO. 3-22-cv-1124-S |
| ACH CHILD and FAMILY SERVICES, et al. | § § § § | |
| *Defendants.* | § | |

## ORDER GRANTING DEFENDANT'S UNOPPOSED MOTION TO EXTEND TIME TO FILE A RESPONSIVE PLEADING

On this day the Court considered Defendant's Unopposed Motion to Extend Time to File a Responsive Pleading. The Court GRANTS Defendant's Motion and extends Defendant's deadline to file an answer or other responsive pleading under Fed. R. Civ. P. 12 to Plaintiff's Amended Complaint to November 8, 2022.

SIGNED on _____, 2022.

_____
KAREN GREEN SCHOLER
UNITED STATES DISTRICT JUDGE