# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF TEXAS
# DALLAS DIVISION

| | | |
|---|---|---|
| ARIANA GEORGE and RODNEY BOONE, Individually and as Representatives of the Estate of A.B., DECEASED,<br>    *Plaintiffs,*<br><br>vs.<br><br>ACH CHILD and FAMILY SERVICES, et al.<br>    *Defendants.* | § § § § § § § § § § § § | Civil Action No. 3:22-cv-1124 |

## ORDER GRANTING DEFENDANT'S MOTION TO DISMISS

On this day, the Court considered Defendant Greg Abbott's Motion to Dismiss Plaintiff's Complaint.

After due consideration of the motion, the Court has found it meritorious. Therefore, the Motion to Dismiss should be **GRANTED**.

It is therefore, **ORDERED** that all Plaintiff's claims against Defendant Greg Abbott are hereby **DISMISSED WITH PREJUDICE.**

SIGNED on this _____ day of _____, 2022.

_____
HON. KAREN GREEN SCHOLER
UNITED STATES DISTRICT JUDGE